# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAWNYA FAITH BROADDUS,**

    **Plaintiff,**

v.                                                           Case No:   6:13-cv-1647-Orl-22DAB

**AAA MID-ATLANTIC INC.,**

    **Defendant.**

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss or, in the alternative, Motion to Abate (Doc. No. 7) filed on October 29, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 1, 2014 (Doc. No. 29), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Motion to Dismiss or, in the alternative, Motion to Abate is hereby DENIED.

3. Defendant shall ABATE the action filed in Virginia state court.

**DONE** and **ORDERED** in Orlando, Florida on May 20, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties